# LAW OFFICE OF THOMAS R. ASHLEY
ROBERT TREAT CENTER
50 PARK PLACE, SUITE 1400
NEWARK, NEW JERSEY 07102
TEL: (973) 623-0501
FAX: (973) 623-0329

April 03, 2018

Hon. John Michael Vazquez, U.S.D.J.
United States Courthouse
NEWARK, N.J. 07102         VIA ECF-COURTS ONLY

Re: <u>UNITED STATES v. GILLAR</u>
Docket No. 17-0544 (JMV)

<u>DEFENDANT'S REPLY TO GOVERNMENT'S
ANSWER OPPOSING RULE 59 APPEAL</u>

Dear Judge Vazquez:

In reference to the above pending criminal matter, I represent the defendant Mr. Roy Gillar.

I am requesting that my client's deadline for filing his Reply to the Government's Answer opposing the Rule 59 appeal, which is presently scheduled for April 04, 2018, be extended to April 06, 2018.

The Government (AUSA Gould) has graciously consented to the relief requested herein.

Respectfully submitted,

_____/s/_____
THOMAS R. ASHLEY, ESQ.

C: Mr. R. Gillar

AUSA JASON GOULD
OFFICE OF THE UNITED STATES ATTORNEY

ALL COUNSEL OF RECORD

Request Granted.
Counsel is directed to file the reply brief by Noon on April 6, 2018.

So Ordered.

/s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 4/4/18

1