

AMENDED ORDER

Kevin A. Buchan, Esq.
KBUCHAN@BUCHANPALOLAW.COM
Phone: 732-328-8700
Fax: 732-328-9933

**VIA ECF**

Hon. John Michael Vazquez, U.S.D.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

May 11, 2020

Re:   *United States v. James Adkins, et. al*
      Crim. No. 17-544

Dear Judge Vazquez:

I write the Court to respectfully request a one-week extension of the deadline for the 404(b) Opposition Briefs. My client has had some family health related issues that have prevented us from being able to discuss the Opposition. I am available should the Court require further explanation. I have communicated with all Counsel involved in this matter and there is no Objection to this Request. AUSA Gould has no objection and only requests that all dates be moved one-week. The original briefing schedule was set forth by Order at Document 325 on the docket. If your Honor grants this request, the new due dates for all parties, would be as follows:

1. Opposition briefs shall be submitted no later than May 22, 2020;
2. Reply briefs shall be submitted no later than June 5, 2020.
3. The Court shall hear argument on the motions, and conduct a hearing ~~if necessary~~, on June 12 ~~xxx~~, 2020 at 10:30 a.m.

Thank-you in advance for any courtesy you can extend.

Respectfully Submitted,

*K. A. Buchan*

KEVIN A. BUCHAN, ESQ.

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date:  6/2/20

CC: All Counsel via ECF

818 Shrewsbury Avenue, Suite C, Tinton Falls, NJ 07724