

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

*FIRM and AFFILIATE OFFICES*

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
*E-MAIL:* ERBreslin@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

April 10, 2023

**VIA ECF**

Honorable John Michael Vazquez
United States District Court
District of New Jersey
Frank R. Lautenberg Post Office and U.S. Courthouse
2 Federal Square
Newark, New Jersey 07101

      **Re:**    <u>United States of America v. Douglas, et al, 17-cr-00544-JMV</u>

Dear Judge Vazquez:

      We are the attorneys for Harold Mignott. We have conferred with the other Defendants and government, and write on behalf of all parties to request an adjournment for both the Defendants' replies to the government's opposition to the Defense's post-trial motions and of the current dates set for sentencing hearings.

      We would request a two-week extension of the April 13, 2023, deadline for Defense reply briefs, with the new deadline set to April 27, 2023, and that the Defendants' sentencing hearings be moved forward one month to a date convenient to the Court on or about May 29, 2023. This will both accommodate the government's current travel conflicts and ensure that all sentencing submissions are due after the resolution of post-trial briefing. Additionally, we only received the final pre-sentence report on April 5, 2023, and will need some additional time to incorporate it into our sentencing submissions. Currently Mr. Gillar's sentencing hearing is scheduled for April 24th at 2pm, Dr. Mignott's is scheduled for April 25th at 12pm, and Mr. Douglas' is scheduled for April 27th at 12pm.

      For the Court's convenience, we have included a "So Ordered" line should the Court grant our request.

      Thank you for your consideration.

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                    DAVID A. SUSSMAN, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                    PHONE: +1 973 424 2000    FAX: +1 973 424 2001
NEWARK, NJ 07102-5429

DuaneMorris

Honorable John Michael Vazquez
April 10, 2023
Page 2

                                                  Respectfully submitted,

                                                  /s/ Eric R. Breslin

                                                  Eric R. Breslin

cc: All Counsel of Record (Via ECF)

**SO ORDERED**        _____

                      Honorable John Michael Vazquez, U.S.D.J.

                      Date:  4/11/2023